# UNITED STATES DISTRICT COURT



for the

## MIDDLE DISTRICT OF ALABAMA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arthur Lashon Montgomery           Case Number: 2:03CR35-MEF

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, U.S. District Judge

Date of Original Sentence: November 4, 2003

Original Offense: Possession of a Firearm by a User of Controlled Substance

Original Sentence: 12 months incarceration to be followed by a (2) two year term of supervised release.

Type of Supervision: Supervised Release           Date Supervision Commenced: March 7, 2005

Assistant U.S. Attorney: Todd A. Brown                Defense Attorney: Jennifer A. Hart

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) "The defendant shall not commit another federal state or local crime." | Records reflect that on July 8, 2005, Arthur Lashon Montgomery was arrested for being in possession of approximately 28 grams of cocaine base. On September 16, 2005, the defendant was charged with Trafficking Illegal Drugs and the case was bound over to the Montgomery County, AL, grand jury. At the time of his arrest, Montgomery was on probation with the State of Alabama for First Degree Robbery. This sentence was imposed on October 30, 2003, in the Circuit Court of Montgomery County after the defendant pled guilty. His original sentence was 20 years (split), 3 years to serve and 3 years probation. On July 20, 2005, Montgomery's state probation officer filed a violation report with the local court. Accordingly, he is in delinquent status with the State of Alabama and a violation hearing is pending.<br><br>On May 19, 2006, Montgomery appeared in the Circuit Court of Montgomery County, Alabama, and Pled guilty to Unlawful Possession of a Controlled Substance. Court records reflect that Montgomery's "charge was reduced from trafficking b/c he was looking at life w/o parole." He was represented by Richard Keith. Court records reflect that on June 19, 2006, Montgomery was sentenced to a 25 year term of imprisonment with the Alabama Department of Corrections. |

| | |
|---|---|
| 2) "The defendant shall not illegally possess a controlled substance" | On July 8, 2005, Arthur Lashon Montgomery was arrested for being in possession of approximately 28 grams of cocaine base. He was later charged with Trafficking Illegal Drugs, but pled guilty to Unlawful Possession of a Controlled Substance on May 19, 2006, and received a 25 year term of incarceration. |

U.S. Probation Officer Recommendation: Considering Montgomery committed a serious drug trafficking offense within four months of beginning his term of supervised release the probation officer respectfully recommends that the Court issue a warrant so Montgomery can be brought before the Court for a violation hearing.

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

David A. Conoly
United States Probation Officer
June 28, 2006


Reviewed and approved:_____
L. Scott Wright
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date