✎AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

| __MIDDLE__ | District of | __ALABAMA__ |
|---|---|---|

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

**ARTHUR LASHON MONTGOMERY**

Case Number:     **2:03CR35-MEF**

USM Number:    **11205-002**

__Jennifer Hart__
Defendant's Attorney

## THE DEFENDANT:

X   admitted guilt to violation of condition(s) __1 and 2_____ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The Defendant shall not commit another federal, state or local crime | 7/8/2005 |
| 2 | The Defendant shall not illegally possess a controlled substance | 7/8/2005 |

        The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   __000/00/1495__

Defendant's Date of Birth:   __00/00/1981__


Defendant's Residence Address:

__Montgomery, AL.__

_____

_____

_____

Defendant's Mailing Address:

__Montgomery, AL.__

_____

_____

_____

__September 7, 2006__
Date of Imposition of Judgment

_____
Signature of Judge


__MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE__
Name and Title of Judge

__7 SEPTEMBER 2006__
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: | **ARTHUR LASHON MONTGOMERY** |
| CASE NUMBER: | **2:03CR35-MEF** |

Judgment — Page ___2___ of ___2___

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**Twelve (12) months to run consecutive to the sentence defendant is now serving with the Circuit Court of Montgomery County #CC-2006-130.**

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____   to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL